Harry E. Macy, #82390                                      (SPACE BELOW FOR FILING STAMP ONLY)
**HAGER, TRIPPEL, MACY & JENSEN**
Attorneys at Law
1322 E. Shaw Avenue, Suite 350
Fresno, California 93710
Telephone (559) 228-8322
Fax (559) 226-5274


Attorneys for Defendant, AMARJIT SANGHA dba RENO'S MEGA MART


# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN, | Case No. 1:09-CV-02160-AWI-SMS |
| Plaintiff, | **STIPULATION TO SET ASIDE DEFAULT RE: AMARJIT SANGHA DBA RENO'S MEGA MART AND ORDER THEREON** |
| vs. | |
| AMARJIT SANGHA dba RENO'S MEGA MART CHEVRON, CHEVRON COPORATION, | |
| Defendants. | |

   Plaintiff, Theresa Wallen, by and through her attorney, Tanya Livingston Moore, and defendant Amarjit Sangha dba Reno's Mega Mart hereby agree and stipulate that default taken against Amarjit Sangha dba Reno's Mega Mart be set aside and defendant Amarjit Sangha dba Reno's Mega Mart be entitled to file their Answer, a copy of which is attached hereto as Exhibit "A".

Dated:  May 25, 2010                    MOORE LAW FIRM, P.C.



                                         _/s/ Tanya Levinson Moore_____
                                         Tanya ~~Livingston~~ Moore
                                                   Levinson
                                         Attorney for Plaintiff
                                         Theresa Wallen


///

///
Dated:  April 27, 2010                   HAGER, TRIPPEL, MACY & JENSEN

          /s/  Paul R. Hager
          Paul R. Hager
          Attorneys for Defendant
          Amarjit Sangha dba Reno's Mega Mart

### ORDER

**IT IS HEREBY ORDERED**, based on the above-stipulation, that the default taken against Amarjit Sangha dba Reno's Mega Mart, is ordered set aside and defendant Amarjit Sangha dba Reno's Mega Mart is ordered to file their answer within 14 days from service of this Order.

A Scheduling Conference Hearing is set for August 10, 2010 at 9:30am before Judge Snyder in Courtroom #7.  A JOINT Scheduling Conference Report carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, in full compliance with the requirements set forth in, **ORDER SETTING MANDATORY SCHEDULING CONFERENCE** Exhibit "A", **one (1) full week prior to the Scheduling Conference, and shall be e-mailed, in WordPerfect or Word format, to smsorders@caed.uscourts.gov**.

IT IS SO ORDERED.

Dated:   June 10, 2010         /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28