IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERESA WALLEN, | ) | 1:09-cv-02160-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING SETTLEMENT** |
| | ) | **CONFERENCE RE: ATTORNEY'S** |
| vs. | ) | **FEES AND COSTS** |
| | ) | |
| AMARJIT SANGHA DBA RENO'S, | ) | Settlement Conference Date: |
| MEGA MART CHEVRON, CHEVRON | ) | 11/2/10, 10:00am, Ctrm. 9/**DLB** |
| CORPORATION, | ) | |
| | ) | Confidential Settlement |
| Defendants. | ) | Conference Statement Deadline: |
| | ) | 10/27/10 |

Pursuant to the request of the parties, a settlement conference regarding attorney's fees and costs is HEREBY SET for November 2, 2010 at 10:00 a.m. in Courtroom No. 9 before the Honorable Dennis L. Beck, United States Magistrate Judge.

Plaintiff's counsel, Tanya Moore, and plaintiff, Theresa Wallen, are permitted to participate telephonically.  Ms. Moore is DIRECTED to call Judge Beck's chambers directly at (559) 499-5672 on November 2, 2010 at 10:00 a.m. for further instructions. Plaintiff, Theresa Wallen, is DIRECTED to be immediately available by telephone on November 2, 2010 beginning at 10:00 a.m. until excused by the Court.  Defendant's counsel, Paul Hager, and

defendant, Amarjit Sangha, are ORDERED to be personally present on November 2, 2010 at 10:00 a.m.

A Confidential Settlement Conference Statement is mandatory, and must be submitted to Judge Beck's chambers by October 27, 2010, via e-mail to DLBOrders@caed.uscourts.gov.  Failure to so comply may result in the imposition of monetary and/or other sanctions.

The Statement should not be filed with the Clerk's Office nor served on any other party, although the parties may file a Notice of Lodging Confidential Settlement Conference Statement.  Each Statement shall be clearly marked "Confidential" with the date and time of the Settlement Conference indicated prominently thereon. Counsel are urged to request the return of their Statements if settlement is not achieved and, if such a request is not made, the Court will dispose of the Statement.

The Confidential Settlement Conference Statement shall include the following, if applicable for this particular and specific conference:

A.   A brief statement of the facts of the case.

B.   A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and, a description of the major issues in dispute.

C.   A summary of the proceedings to date.

D.   An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

E.   The relief sought.

//

2

F.  The party's position on settlement, including present demands and offers, and a history of past settlement discussions, offers, and demands.

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

**Dated:   September 23, 2010**              /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE