Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Theresa Wallen

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>              Plaintiff,<br><br>       vs.<br><br>AMARJIT SANGHA, et al.,<br><br>              Defendants. | No.  1:09-CV-02160-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Theresa Wallen and Defendant Amarjit Sangha dba Reno's Mega Mart Chevron, the parties to this action, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Date: December 20, 2010                                    MOORE LAW FIRM, P.C.


                                                           /s/Tanya Moore
                                                           Tanya Moore
                                                           Attorney for Plaintiff

*Wallen v. Sangha, et al.*

Stipulation for Dismissal

Dated:  December 1, 2010          HAGER, TRIPPEL, MACY & JENSEN


/s/ Paul R. Hager
Paul R. Hager, Attorneys for Defendant
Amarjit Sangha dba Reno's Mega Mart Chevron

**ORDER**

The parties having so stipulated, this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:     December 20, 2010

CHIEF UNITED STATES DISTRICT JUDGE

*Wallen v. Sangha, et al.*

Stipulation for Dismissal